**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| SABRINA LAGUNA, an individual; CARLOS ACEVEDO, an individual; TERESA SALAS, an individual; ROES 3–50, on behalf of themselves and in a representative capacity for all others similarly situated, *Plaintiffs-Appellees*, AMRIT SINGH, *Objector-Appellant*, v. COVERALL NORTH AMERICA, INC., a Delaware corporation; ALLIED CAPITAL CORPORATION, a Maryland corporation; ARES CAPITAL CORPORATION, a Maryland corporation; CNA HOLDING CORPORATION, a Delaware corporation; TED ELLIOTT, an individual; DOES, 5–50, inclusive, *Defendants-Appellees*. | No. 12-55479 D.C. No. 3:09-cv-02131-JM-BGS ORDER |

Appeal from the United States District Court
for the Southern District of California
Jeffrey T. Miller, Senior District Judge, Presiding

Filed November 20, 2014

Before: Ronald M. Gould and Jay S. Bybee, Circuit Judges, and Edward M. Chen, District Judge.[*]

## COUNSEL

Shannon Liss-Riordan (argued), Lichten & Liss-Riordan, P.C., Boston, Massachusetts; Monique Olivier, Duckworth Peters Lebowitz Olivier, LLP, San Francisco, California, for Objector-Appellant.

Raul Cadena & Nicole R. Roysdon, Cadena Churchill, LLP, San Diego, California; L. Tracee Lorens & Wayne Alan Hughes, Lorens & Associates, APLC, San Diego California, for Plaintiffs-Appellees.

Norman M. Leon (argued), DLA Piper LLP, Chicago, Illinois; Mazda K. Antia, Cooley LLP (argued), San Diego, California; Jeffrey A. Rosenfeld & Nancy Nguyen Sims, DLA Piper LLP, Los Angeles, California, for Defendants-Appellees.

Theodore H. Frank, Center for Class Action Fairness, Washington, D.C.; Adam Ezra Schulman, Student Press Law Center, Arlington, Virginia, for Amicus Curiae Center for Class Action Fairness.

---

[*] The Honorable Edward M. Chen, District Judge for the U.S. District Court for the Northern District of California, sitting by designation.

## ORDER

The court has been advised that the parties have reached a settlement in this action. The appeal is hereby **DISMISSED AS MOOT**, and the previously filed opinion reported at 753 F.3d 918 (9th Cir. 2014) is **VACATED**. Each party shall bear its own costs.